1  Matthew B.F. Biren, Esq., CSB #56565
   mbiren@biren.com
2  Andrew G. O. Biren, Esq., CSB #289777
   abiren@biren.com
3  John A. Roberts, Esq., CSB #185314
   jroberts@biren.com
4  Anne M. Huarte, Esq., CSB #158555
   ahuarte@biren.com
5  Biren Law Group
   11911 San Vicente Boulevard, Suite 140
6  West Los Angeles, California 90049-6617
   Telephone: (310) 476-3031
7  Facsimile:  (310) 471-3165

8  Attorneys for Plaintiff TERESA GARCES

9              UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| TERESA GARCES, | Case No. 2:17-cv-02625-SJO-PLA |
|---|---|
| Plaintiff, | **COMPLAINT FOR PERSONAL INJURY DAMAGES; REQUEST FOR JURY TRIAL** |
| v. | |
| GARFIELD BEACH CVS, LLC; and DOES 1 through 10, Inclusive, | The Hon. S. James Otero |
| Defendants. | Trial Date:    Not set |

Plaintiff alleges:

### FIRST CAUSE OF ACTION ON BEHALF OF PLAINTIFF TERESA GARCES AGAINST ALL DEFENDANTS AND DOES 1 THROUGH 10 FOR PREMISES NEGLIGENCE

1. Based on information and belief, at all relevant times, defendant Garfield Beach CVS, LLC is a limited liability company incorporated in Rhode Island and doing business in California.

2. The true names and capacities of defendants, Does 1 through 10, inclusive, are currently unknown to Plaintiff who therefore sues said defendants by fictitious names pursuant to California Code of Civil Procedure section 474.

3. Based upon information and belief, Plaintiff alleges that at all times herein mentioned, each of the defendants was the agent or employee of each of the remaining defendants and was acting within the course and scope of said agency and employment.

4. At all relevant times, defendants owned, possessed, occupied, maintained, managed, controlled or were otherwise legally responsible for the commercial/retail premises known as CVS Pharmacy located at 1303 West Sepulveda Boulevard, in the City of Torrance, County of Los Angeles, State of California (hereafter referred to as the "Premises").

5. Plaintiff's original Complaint was filed in Los Angeles County Superior Court, Central District on January 20, 2017 and was a "form" complaint (prepared on Judicial Council forms.)

6. Defendant Garfield Beach CVS, LLC filed their Answer to the Complaint with the LASC court on February 22, 2017.

7. Defendant Garfield Beach CVS, LLC filed their Notice of Removal based on diversity jurisdiction (28 U.S.C. §§ 1332, 1441(b) with this Court on April 6, 2017.

8. Plaintiff hereby files this Complaint to conform to federal procedural standards in compliance with the Standing Order for Civil Cases Assigned to Hon. Judge S. James Otero, ¶10.

9. On May 3, 2015, while Plaintiff was shopping inside the Premises, she tripped and fell over an empty pallet that was on the ground.

10. At the aforementioned time and place, the Premises were in a dangerous condition which created an unreasonable risk of harm to patrons on the premises.

11. Defendants knew or, through the exercise of reasonable care, should have known about the dangerous condition, and/or created the dangerous condition, yet failed to repair the condition, protect against harm from the condition, or give adequate warning of the condition.

12. As a result of the conduct of defendants, Plaintiff sustained personal physical injuries, which have caused Plaintiff pain and suffering entitling Plaintiff to general damages, as will be established at the time of trial.

13. As a result of the conduct of defendants, Plaintiff has incurred, and will continue to incur in the future, expenses and obligations resulting from the treatment of the personal physical injuries Plaintiff sustained, to Plaintiff's damage, as will be established at the time of trial.

14. As a result of the conduct of defendants, Plaintiff has been unable to attend to her normal occupation, resulting in a loss of earnings and earning capacity, to Plaintiff's damage, as will be established at the time of trial.

## SECOND CAUSE OF ACTION ON BEHALF OF PLAINTIFF TERESA GARCES AGAINST ALL DEFENDANTS AND DOES 1 THROUGH 10 FOR NEGLIGENCE

15. Plaintiff realleges the allegations set forth in paragraphs 1 through 10 of the First Cause of Action and incorporate the same herein by reference.

16. Defendants negligently owned, possessed, occupied, maintained, managed and/or controlled the Premises or otherwise negligently conducted themselves.

17. The incident and Plaintiff's injuries occurred as a result of defendants' negligent conduct.

18. Plaintiff realleges the damages allegations set forth in paragraphs 12 through 14 and incorporate the same herein by reference.

WHEREFORE, Plaintiff prays for judgment against defendants as follows:

### AS TO ALL CAUSES OF ACTION:

1. General damages, as established at the time of trial;
2. Special damages, as established at the time of trial; and
3. Cost of suit and such other further relief as the Court deems appropriate.

DATED: May 18, 2017               BIREN LAW GROUP

By: _____
JOHN A. ROBERTS
Attorneys for Plaintiff TERESA GARCES

**REQUEST FOR TRIAL BY JURY**

Plaintiff hereby requests a trial by jury.

DATED: May 18, 2017             BIREN LAW GROUP

By: _____
JOHN A. ROBERTS
Attorneys for Plaintiff TERESA GARCES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11911 San Vicente Boulevard, Suite 140, West Los Angeles, CA 90049-6617.

On May 18, 2017, I served true copies of the following document described as **COMPLAINT FOR PERSONAL INJURY DAMAGES; REQUEST FOR JURY TRIAL** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Biren Law Group for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at West Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2017, at West Los Angeles, California.

_____
Gary Herzog

## SERVICE LIST
## TERESA GARCES v. GARCES BEACH CVS, LLC; et al.
### Case No. 2:17-cv-02625-SJO-PLA

| | |
|---|---|
| Jeffrey M. Lenkov, Esq.<br>Ara M. Baghdassarian, Esq.<br>MANNING & KASS, ELLROD,<br>RAMIREZ, TRESTER, LLP<br>801 S. Figueroa Street, 15th Floor<br>Los Angeles, CA 90017-3012<br>Telephone: (213) 624-6900<br>Facsimile: (213) 624-6999<br>E-mail: jml@manninglllp.com<br>E-mail: azb@manninglllp.com | Attorneys for Defendant GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) |