UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-02625 SJO (PLAx) | Date | July 17, 2017 |
|---|---|---|---|
| Title | Teresa Garces v. Garfield Beach CVS, LLC | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Carol Zurborg | | |
| Deputy Clerk | Court Reporter | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Matthew B. F. Biren<br>John Roberts | Ara M. Baghdassarian | | |

**Proceedings:**   SCHEDULING CONFERENCE

Matter called.

The Court sets the following schedule:

| | |
|---|---|
| Jury Trial: | Tuesday, January 30, 2018 @ 9:00 a.m. |
| Pretrial Conference: | Monday, January 22, 2018 @ 9:00 a.m. |
| Motion Cutoff: | Monday, November 27, 2017 @ 10:00 a.m. |
| Discovery Cutoff: | Monday, October 30, 2017 |
| Last Date to Amend: | Not set. |

Reference of the above case to the Alternative Dispute Resolution Program is vacated. Settlement is referred to Private Mediation for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

    Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1.    All Jury Instructions, agreed and opposed;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-02625 SJO (PLAx) | Date | July17, 2017 |
|---|---|---|---|
| Title | Teresa Garces v. Garfield Beach CVS, LLC | | |

2. Verdict Forms;
3. Proposed Voir Dire Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.

cc:     ADR Coordinator

|  | : | 0/04 |
|---|---|---|
| Initials of Preparer | | vpc |