Matthew B.F. Biren, Esq., CSB #56565
mbiren@biren.com
Andrew G. O. Biren, Esq., CSB #289777
abiren@biren.com
John A. Roberts, Esq., CSB #185314
jroberts@biren.com
Anne M. Huarte, Esq., CSB #158555
ahuarte@biren.com
Biren Law Group
11911 San Vicente Boulevard, Suite 140
West Los Angeles, California 90049-6617
Telephone: (310) 476-3031
Facsimile: (310) 471-3165

Attorneys for Plaintiff Teresa Garces

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

TERESA GARCES,

Plaintiff,

v.

GARFIELD BEACH CVS, LLC; and DOES 1 through 50, Inclusive,

Defendants.

Case No. 2:17-cv-02625-SJO-PLA

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Hon. S. James Otero

Trial Date: January 30, 2018

BIREN LAW GROUP

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the entire above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). In consideration of Plaintiff Teresa Garces' dismissal of her Complaint, defendant Garfield Beach CVS, LLC has agreed to waive all costs and fees as against Plaintiff and/or Plaintiff's counsel.

DATED: September 12, 2017

BIREN LAW GROUP

By: ______________________

MATTHEW B.F. BIREN, ESQ.
Attorneys for Plaintiff Teresa Garces

DATED: September 13, 2017

MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP

By: ______________________

JEFFREY M. LENKOV, ESQ.
Attorneys for Defendant GARFIELD BEACH CVS, LLC

BIREN LAW GROUP